Habakkuk E. Ben YOWEL, a/k/a B. Robinson, Plaintiff–Appellant,

v.

Gene M. JOHNSON, Director of VA Department of Corrections; Mark Warner, Governor of Virginia; Jerry Kilgore, Attorney General of Virginia;

Mark R. Davis, (Present and/or former) Senior Assistant Attorney General of Virginia; R. Angelone, (former) Director of Virginia Department of Corrections; James S. Gilmore, III, (former) Governor of Virginia; John Hagar, (former) Lt. Governor of Virginia; Mark L. Early, Attorney General of Virginia; Fred L. Finkbeiner, (Present and/or former) Chairman of Virginia Board of Corrections; R.A. Young, (Present and/or former) Regional Director of Virginia Department of Corrections; L.W. Jarvis, (Present and/or former) Warden of Bland Correctional Center; G.K. Washington, Warden of Buckingham Correctional Center; W.P. Rogers, Regional Administrator of Virginia Department of Corrections; Alton Baskerville, Warden of Powhatan Correctional Center; J. Colin Campbell, (present and/or former) Judge of the Circuit Court of Bland County; David B. Beach, (present and/or former) Clerk of VA Supreme Court, Defendants–Appellees.

No. 04–6862.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 3, 2004.

Decided: Oct. 26, 2004.

Habakkuk E. Ben Yowel, Appellant pro se.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Habakkuk E. Ben Yowel appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000) for failure to state a claim on which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Yowel v. Johnson,* No. CA–04–147 (E.D.Va. Apr. 23, 2004). We deny Yowel's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*